UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**PERRAULT JEAN-PAUL,**
        **Plaintiff,**

  v.                                                 Case No. 13-C-1445

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

---

## ORDER

The City of Milwaukee filed a motion to dismiss this case on February 21, 2014. Under the local rules of this court, the plaintiff had 21 days to file a response to the motion. To date, the plaintiff has not filed a response. Assuming that plaintiff wishes to oppose the motion, I will grant him an additional 14 days to file a brief in opposition. If the plaintiff does not file a brief in opposition within that time, I will assume that he does not oppose the City's motion and will grant it.

**SO ORDERED** at Milwaukee, Wisconsin, this 7th day of April 2014.

                                        s/ Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge