UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**PERRAULT JEAN-PAUL,**
        **Plaintiff,**

v.                                  Case No. 13-C-1445

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

## DECISION AND ORDER

Perrault Jean-Paul, proceeding pro se, has filed a motion for a preliminary injunction against the City of Milwaukee. The plaintiff seeks to enjoin the city from proceeding with an action it is prosecuting against the plaintiff in state court to collect approximately $15,000 in unpaid taxes and fines. In order to obtain a preliminary injunction, a plaintiff must show, among other things, that he will suffer irreparable harm if the injunction is not granted. See, e.g., Girl Scouts of Manitou Council, Inc. v. Girl Scouts of U.S. of Am., Inc., 549 F.3d 1079, 1086 (7th Cir. 2008). Here, the plaintiff has not shown that he will suffer irreparable harm if an injunction is not granted. Therefore, his motion will be denied.

Accordingly, **IT IS ORDERED** that plaintiff's motion for a preliminary injunction is **DENIED**.

Dated at Milwaukee, Wisconsin, this 17th day of October 2014.

                                  s/ Lynn Adelman
                                  _____
                                  LYNN ADELMAN
                                  District Judge